

lrozumalski@baird.com | www.baird.com
Office 608-273-0592 | Fax 608-273-2010
2981 Yarmouth Greenway Drive
Madison, Wisconsin 53711 USA

 

Lars Barber          Laura: Thanks for doing this.                 03/20/2014 03:45:33 PM

From      Lars Barber/MADISON/BAIRD
To:       Laura Rozumalski/MADISON/BAIRD@BAIRD
Date:     03/20/2014 03:45 PM
Subject:  Re: Response letter

Laura:

Thanks for doing this.
When we last spoke, I had requested that your written response could be addressed directly to me and be held by me in confidence. I intend to do that.
Could I now request that you edit this letter, if desired, so that it becomes an official response to Alex's attached letter and could be shared by others as appropriate. If there are no changes that you would like to make, please let me know that as well.

I will be out of the office until April 1 or 2. Would be happy to get together and meet then for further discussion.

Thanks,
Lars

[attachment "Alex Letter re Laura 2-18-14.doc" deleted by Laura Rozumalski/MADISON/BAIRD]

---

# Baird

*Innovation, Excellence & Service*
*Oceans, Lakes & Rivers*
**Lars Barber**
608-273-0592 phone   608-273-2010 fax
2981 Yarmouth Greenway Drive
Madison, WI 53711 USA

email: lbarber@baird.com   www.baird.com

---

Laura Rozumalski    Lars, Attached is my response letter to the is...     03/20/2014 12:39:53 PM

From:     Laura Rozumalski/MADISON/BAIRD
To:       Lars Barber/MADISON/BAIRD@BAIRD
Date:     03/20/2014 12:39 PM
Subject:  Response letter

Lars,

Bellile
EXHIBIT NO. 91
6/4/18  RPTR RB
For the Record, Inc.
(608) 833-0392

ROZ0216

Attached is my response letter to the issues Alex has raised. Once you've had time to review, I'd like to discuss it with you further.

Also, since I did not receive a copy of the most recent letter he wrote about me, I would like to make a request for a copy of my personnel file for my records. I would also like to request, if possible, when anything is added to my record that I be copied on it so that I can be kept up to date on my official record.

I look forward to speaking with you and continuing our efforts to resolve this issue.

Thanks very much,

Laura

[attachment "Performance Review Response Letter_LLR.pdf" deleted by Lars Barber/MADISON/BAIRD]

**Laura Rozumalski, P.E.** | *Water Resources Engineer*
lrozumalski@baird.com | www.baird.com
Office 608-273-0592 | Fax 608-273-2010
2981 Yarmouth Greenway Drive
Madison, Wisconsin 53711 USA


