

To: "riedel.mark tds.net"[riedel.mark@tds.net]
From: Alex Brunton
Sent: Tue 4/15/2014 4:48:27 PM
Subject: Re: Hi

Thanks Mark

Hope everything works out with Heidi - that's really tough to go through. I was booked to come next week but as usual, project work has taken a turn and forced me to postpone.

I'll let you know when I reschedule, look forward to catching up soon.

Alex


Alex Brunton, Ph.D. | Associate
abrunton@baird.com | www.baird.com
Office 905-845-5385 | Fax 905-845-0698
1267 Cornwall Road, Suite 100
Oakville, Ontario, Canada L6J 7T5



From: "riedel.mark tds.net" <riedel.mark@tds.net>
To: Alex Brunton <abrunton@baird.com>,
Date: 15/04/2014 12:25 PM
Subject: Hi


Hi Alex,
I keep meaning to return your phone call....it has been very crazy this past week. Heidi ate something horrible and ended up collapsing last week....she spent a number of days in vet emergency care and it back home now....but having some complications...I took her back to the vet this morning....and am waiting to hear back.
I'd love to see you when you're in town. when did you say it was?
My cell is 608-449-9110
Take care!
Mark.

sent via Android mobile

WFB0074058