

**To:** lbarber@baird.com[lbarber@baird.com]
**Cc:** kmacintosh@baird.com[kmacintosh@baird.com]; rnairn@baird.com[rnairn@baird.com]
**From:** mriedel@baird.com
**Sent:** Mon 5/7/2012 12:46:11 PM
**Subject:** Employee bonus request

Hello Lars,

I am writing to request discretionary cash bonuses be provided to Mike Fullarton, Amanda Stone, Laura Rozumalski, and Caroline Ubing. As you are aware, we have been extremely busy for an extended period of time. For the past 18+ months, we have been working on numerous projects with competing schedules, travel demands, and some pretty challenging clients. All of these people have been regularly putting in extra time and gone well beyond "typical" expectations to meet client demands.

Mike Fullarton - Leading CFD modeling initiative and getting numerous complex modeling projects pushed through under really tight schedules for a very demanding client. This includes our three Black Bear hydro jobs that helped get us into CFD modeling - all of these jobs have come in under budget, two with very nice lump-sum profits. Much of that is thanks to Mike - including his efforts to keep models runs on schedule and pushing out results while working during vacation.. Mike also led all of our work on Ottawa - this has been an extremely demanding client.

Laura Rozumalski - Laura has been putting in well over 40 hours per week since she started at Baird. She has greatly freed me up to go after more work by taking the lead on Menominee Sturgeon project, and balancing a number of other jobs. Laura is always willing travel, on short notice, and take extra work. In fact, next week, because of scheduling conflicts, she has agree to cut a personal vacation (long overdue) a day short, and fly to Greenville to retrieve our six ADCP's for the Lake Keowee and Jocassee projects. Laura has also been instrumental in carrying out some of our most challenging modeling jobs and helping to keep those under budget.

Amanda Stone - Amanda's return to Baird couldn't come soon enough. She hit the ground running and has been the key person on three of our biggest jobs - Boardman, Lakes Keowee and Jocassee, and Ottawa. Amanda has marshalled tasks and resources for all of these jobs while I am travelling, coordinating tasks and work with staff in Madison, Oakville, and Ottawa. She has taken a number of short notice travel, and just last week, sacrificed a 3-day family holiday to work through the weekend so we could catch up on Ottawa and Boardman. And, Lars, as you are aware, Amanda has been doing this while also struggling through some incredibly challenging personal issues. Not to say that warrants consideration rather, just a testament to her level of commitment to Baird and making sure we provide excellent service to our clients.

Caroline Ubing - While Caroline has been an intern with us for two years now, she just started full time in January. Caroline has proven to be a dedicated trooper working with Amanda and Laura, as well as Dan. She regularly works long days and comes in on weekends, without ever being asked, because she knows we are so busy. She is demonstrating an incredible work ethic in someone so fresh from school. While Caroline has perhaps not quite sacrificed at the same level as the others, she offers to travel and do field work on many occasions. We would use her on some of these critical deployment jobs but, she just needs more experience. But, while she's not ready for that level of independence and



responsibility, she has offered to do it.

Lars, I know you are keenly aware of how busy we are. I also know this is starting to be a strain on people, working so many extended weeks, month after month. No one is complaining, in fact, during our internal work load meetings where we discuss levelling, they regularly coordinate and volunteer to make things work out. But, we do realize that we are likely not going to be hiring, and this big load of work will continue for some time. All of these people have really stepped up and, I think, deserve some well earned recognition. For this reason, I am requesting discretionary cash bonuses for these four people. I recognize this will likely have to go through some sort of Board review but, I do hope, it is something we can do, and soon. I would suggest an equivalent amount for each - say $1,500 or something like that. I think there would be reason to warrant more for Mike. His contributions in modeling, management of jobs, working with Laura, just across the board, have been so integral to our work. We have easily covered that with our lump sum profits on jobs these folks have worked on over the past 18 to 24 months.

Thank you for your consideration!

Regards,

Mark.