

**To:** lbarber@baird.com[lbarber@baird.com]; mclark@baird.com[mclark@baird.com]; dheinz@baird.com[dheinz@baird.com]
**From:** mriedel@baird.com
**Sent:** Thur 1/19/2012 6:56:34 PM
**Subject:** employee advancement and promotion

Hello Matt, Lars, and Don,

I was wanting to check on the progress for the work we are doing on position descriptions for employees. I have a few questions about things and want to discuss with you to make sure what we are doing is consistent. We've recently added the Staff Prof III and I don't know the reasoning for determining how a person moves to that level.

A couple of observations I have that I would like some clarity on:

1. Ed was promoted to Staff Professional II over a year ago while, when I asked the same for Amanda, it was declined. They were both hired around the same time and, as far as I can tell, Amanda actually has more responsibilities that Ed. She has been actively mentoring Caroline for over 2 years. She is VERY active in ASCE and recruitment. She has published numerous papers. She is a also key member of our University Linkages initiative and leading our relationship with the Limnology lab at UW. She has always travelled when ever and where ever we asked. She is very active in MPPG as was an MPPG coordinator for a year. Perhaps I am wrong but, it appears inconsistent. And now, she has an M.S. Degree, which we said she had to get before she could be promoted to Staff Professional II. In addition, we anticipate she will soon have her P.E. This is not meant to be critical just, it appears very inconsistent to me and I would like to understand the process so I can explain it when people ask me about it.

2. Regarding Laura, Laura has two M.S. Degrees and just earned her P.E. She is managing the Menominee Project and has done an excellent job. She too, has been very active in ASCE and a number of other professional supporting organizations, as well as presenting at two conferences already. She has more experience than either Ed or Amanda. Laura has also been very aggressive with her PDP goals, working many long weeks (she worked 2,255 hours last year, 87% efficiency), as well as eagerly stepping into business development opportunities with myself and Matt. I would like to consider promoting Laura to a staff professional III position. And, if we don't promote her, I would at least like to discuss it so we can lay out a time frame for her to help guide her PDP development.

Could we please discuss when we have a little time in the next week, or so?

Thank you,

Mark



CONFIDENTIAL                                                                                     WFB0000765