## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| **LAURA L. ROZUMALSKI** | )<br>) |
| Plaintiff, | ) **Case No. 3:17-cv-523**<br>) **Notice of Appeal** |
| v. | )<br>)<br>) |
| **W.F. BAIRD & ASSOCIATES, LTD** | )<br>) |
| Defendant. | ) |

## NOTICE OF APPEAL

Notice is hereby given that Plaintiff Laura L. Rozumalski in the above-captioned matter, by her attorneys, Cross, Jenks, Mercer & Maffei LLP, hereby appeal to the United States Court of Appeals for the Seventh Circuit from the final judgment entered in this action on the 13th day of November, 2018.

Dated this 6th day of December, 2018.

**CROSS, JENKS, MERCER & MAFFEI LLP**
Attorneys for Plaintiff

By: _____
Nicole Marklein Bacher
State Bar Number: 1055685
221 Third Avenue
P.O. Box 556
Baraboo, WI 53913-0556
Telephone: (608) 356-3981
Fax: (608) 356-1179